IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARLON BRANDON, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-5702 |
| | : | |
| TUCKER HOUSE, | : | |
| *Defendant.* | : | |

# ORDER

AND NOW, this 10th day of December, 2019, upon consideration of Plaintiff Marlon Brandon's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Motion to Appoint Counsel (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.
2. The Complaint is **DEEMED** filed.
3. The Complaint is **DISMISSED WITHOUT PREJUDICE** as time-barred for the reasons in the Court's Memorandum.
4. Brandon may file an amended complaint within thirty (30) days of the date of this Order in the event he can articulate a basis for equitable tolling. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Brandon should be mindful of the Court's reasons for dismissing the claims in his initial Complaint as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to send Brandon a blank copy of this Court's current standard form to be used by a self-represented litigant filing an employment discrimination case bearing the above-captioned civil action number. Brandon may use this form to file his amended complaint if he chooses to do so.

6. If Brandon fails to file an amended complaint in accordance with this Order, his Case may be dismissed without further notice for failure to prosecute.

7. The Motion to Appoint Counsel is **DENIED WITHOUT PREJUDICE** to reassertion in the event Brandon files an amended complaint.

                              **BY THE COURT:**

                              */s/ Gerald J. Pappert*
                              **GERALD J. PAPPERT, J.**